

20 W. 55th St. 6th Floor
New York, NY 10019
p. 212.571.2000  f. 212.571.0505

1 Market, Spear Tower, Ste 3600
San Francisco, CA 94105
p. 415.906.5417  f. 415.520.0555

www.ottingerlaw.com

**George D. Vallas**
george@ottingerlaw.com

December 20, 2013

<u>VIA ECF</u>

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street, Room 630
White Plains, New York 10601

Re:   <u>Singh v. Bank of America National Association</u>, Case No. 13-cv-2324

Dear Judge Briccetti:

We represent Plaintiff in the above-referenced matter. We respectfully write on behalf of all parties to request that the Court so order the enclosed Stipulation extending the deadline for fact discovery in this matter from December 20, 2013 to March 20, 2014, so that the parties may have an opportunity to determine if an early resolution of the matter is feasible. This is the parties' first request for an extension.

Thank you for your consideration.

Respectfully Submitted,

George Vallas

cc: Siobhan Sweeny (counsel for Defendant)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRYSTAL SINGH,

                Plaintiff,

v.

BANK OF AMERICA, NATIONAL
ASSOCIATION

                Defendant.

Case No. 13 CV 2324 (VB)

**STIPULATION EXTENDING DISCOVERY**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the time for the parties to complete fact discovery is hereby extended to and including the 20th day of March, 2013.

Dated:   December 20, 2013
          New York, New York

Respectfully submitted,

THE OTTINGER FIRM, P.C.

By: _____
George Vallas

20 West 55th St., 6th Floor
New York, New York 10019
Telephone: (212) 571-2000
Facsimile: (212) 571-0505
george@ottingerlaw.com

*Attorneys for Plaintiff*

EDWARDS WILDMAN PALMER LLP

By: _____
Siobhan Michele Sweeny

111 Huntington Avenue
Boston, Massachusetts 02199
Telephone: (617) 517-5596
Fax: (888) 325-9182
ssweeney@edwardswildman.com

*Attorneys for Defendant*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE